IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 04CR511 |
| | ) | |
| Plaintiff, | ) | JUDGE PAUL R. MATIA |
| | ) | |
| v. | ) | |
| | ) | |
| PASQUALE DONOFRIO, | ) | **MOTION FOR ORDER PERMITTING** |
| | ) | **SENTENCING MEMORANDUM** |
| Defendants. | ) | **OF PASQUALE DONOFRIO TO BE** |
| | ) | **FILED UNDER SEAL** |

**NOW COMES** the Defendant, Pasquale Donofrio, and respectfully requests that this Court grant his motion permitting him to file his Sentencing Memorandum in the above-captioned case under seal in accordance with Local Criminal Rule 49.4.

WHEREFORE, it is prayed that this Motion be granted.

Respectfully submitted,

/s/ J. Scott Broome
J. Scott Broome – 0042164
ROTATORI, BENDER, GRAGEL,
STOPER & ALEXANDER, CO., LPA
526 Superior Avenue, East
800 Leader Building
Cleveland, Ohio 44114
(216) 928-1010 x 206
sbroome@rotatori.com

ATTORNEY FOR DEFENDANT

*[Handwritten margin note: 5/9/05 Motion denied. Paul R. Matia]*